**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 196 WAL 2014
:
              Respondent      :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v.             :
:
:
:
ANDRE DAVIS,          :
:
              Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.